UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>DAN RUSNAK, ROBERT CURTIS, RICHARD DALY, NORMAN L. DIANA, RICH HOUTS, JOHN D. MADOLE, JR., DEAN SHAVER, NORTHERN NEVADA LABORERS HEALTH AND WELFARE TRUST FUND, LABORERS PENSION TRUST FUND OF NORTHERN NEVADA, and CONSTRUCTION WORKS VACATION SAVINGS TRUST PLAN,<br><br>Defendants. | Case No. 3:04-cv-00134-MMD-VPC<br><br>ORDER |

Before the Court is Defendants' Motion to Vacate Consent Order with Defendant Trustees (Doc #3) and Consent Order with Laborers Plans (Doc #4) ("Motion"). (Dkt. no. 5.) Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor, has filed a statement of non-opposition. (Dkt. no. 8.) Having reviewed Defendants' Motion and the Secretary's response, the Court finds good cause to grant the Motion. It is therefore ordered that the Consent Orders (dkt. nos. 3 and 4) be vacated.

DATED THIS 4th day of March 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE